Swain,␣

Craig S. Mende (cmende@fzlz.com)
Jason D. Jones (jjones@fzlz.com)
FROSS ZELNICK LEHRMAN & ZISSU, P.C.
866 United Nations Plaza
New York, New York 10017
Tel.: (212) 813-5900
Fax: (212) 813-5901
*Attorneys for Defendant*



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-16-2016

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---

PALMER/KANE, LLC,

            Plaintiff,

      v.

BEHRMAN HOUSE, INC.,

            Defendant.

Civil Action No.: 1:16-cv-0677-LTS

**STIPULATION**

---

    Plaintiff Palmer/Kane, LLC ("Palmer/Kane") and Defendant Behrman House, Inc. ("Defendant"), through their respective counsel of record, hereby stipulate as follows:

    WHEREAS, Palmer/Kane filed its Complaint on January 29, 2016, and filed its First Amended Complaint on February 4, 20~~04~~16;

    WHEREAS, Palmer/Kane has asserted a claim against Defendant for copyright infringement arising out of alleged publication of certain books containing photographs of Palmer/Kane beyond the scope of licenses secured by Defendant for use of such photographs;

    WHEREAS, Palmer/Kane's Amended Complaint seeks, inter alia, an award of statutory damages and attorney's fees under the Copyright Act, and actual damages and profits "attributable to the infringing use of Palmer/Kane's creative works for the three years prior to February 1, 2013 and continuing" to present;

{F1900566.2 }

WHEREAS, pursuant to the Court's Individual Practices, Defendant advised Palmer/Kane of Defendant's intended motion to (1) dismiss Palmer/Kane's claim to recover statutory damages and attorney's fees and (2) limit Palmer/Kane's claim to recover actual damages and profits for alleged infringement that occurred in the three years prior to the filing of the complaint, i.e., dating back only to January 29, 2013, consistent with the statute of limitations under the Copyright Act;

WHEREAS, after discussions between counsel, the Parties have agreed to enter a Stipulation to avoid the need for filing of Defendant's intended motion;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties that:

1. Palmer/Kane shall not be entitled to recover any statutory damages or attorney's fees under the Copyright Act in this case; and

2. Palmer/Kane shall not be entitled to recover any actual damages or profits attributable to any alleged acts of copyright infringement for any period prior to January 29, 2013.

Dated: New York, New York
March 15, 2015

| PEARL COHEN ZEDEK LATXER BARATZ LLP | FROSS ZELNICK LEHRMAN & ZISSU, P.C. |
|---|---|
| By: _____ <br> Veronica Mullally Munoz <br> Clyde Shuman  CCS-6351 <br> 1500 Broadway, 12th Floor <br> New York, New York 10036 <br> (646) 878-0800 (phone) <br> (646) 878-0801 (fax) <br> *Attorneys for Plaintiff* | By: _____ <br> Craig S. Mende <br> Jason D. Jones <br> 866 United Nations Plaza <br> New York, New York 10017 <br> (212) 813-5900 (phone) <br> (212) 813-5901 (fax) <br> *Attorneys for Defendant* |

SO ORDERED:

/s/ Laura Taylor Swain    3/16/16

Hon. Laura Taylor Swain
United States District Judge

{F1900566 2 }