USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-15-2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PALMER/KANE, LLC,

                Plaintiff,

        v.

BEHRMAN HOUSE, INC.,

                Defendant.

Civil Action No.: 1:16-cv-0677-LTS

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties to this matter, having resolved the claims of Plaintiff, Palmer/Kane, LLC, asserted in Plaintiff's Complaint and First Amended Complaint in this action against Defendant, Behrman House, Inc., hereby stipulate, by and through their counsel, to dismissal with prejudice of Plaintiff's claims against Defendant pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Plaintiff and Defendant shall each bear their own costs and attorneys' fees.

Dated: New York, New York
       April 12, 2016

PEARL COHEN ZEDEK LATXER BARATZ LLP

By: _____
Verónica Mullally Munoz
Clyde Shuman
1500 Broadway, 12th Floor
New York, New York 10036
(646) 878-0800 (phone)
(646) 878-0801 (fax)
*Attorneys for Plaintiff*

FROSS ZELNICK LEHRMAN & ZISSU, P.C.

By: _____
Craig S. Mende
Jason D. Jones
866 United Nations Plaza
New York, New York 10017
(212) 813-5900 (phone)
(212) 813-5901 (fax)
*Attorneys for Defendant*

**SO ORDERED:**

_____ 4/15/16
**U.S.D.J.**

{F1920025 1 }